## MOCK *v.* MOCK.

[No. 12,675.    Filed March 30, 1927.]

From Marion Superior Court (A 31,765) ; *Linn D. Hay*, Judge.

Action between Robert N. Mock and Myrtle E. Mock. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Straley Thorpe,* for appellant.
*Orbison, Zechiel & Orbison,* for appellee.

PER CURIAM.—Motion to dismiss appeal overruled. Judgment affirmed.
Dausman, J., absent.

## ALBRIGHT *v.* HOLDEMAN ET AL.

[No. 12,795.    Filed March 31, 1927.]

From St. Joseph Circuit Court; *Cyrus E. Pattee,* Judge.

Action between Lawrence Albright and John W. Holdeman and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Miller Guy,* for appellant.
*Parker, Crabill, Crumpacker & May* and *Richard Vandevere,* for appellees.

PER CURIAM.—Judgment affirmed.
Dausman, J., absent.

## BOXAL ET AL. *v.* PAVEY.

[No. 12,587.    Filed February 1, 1927.    Rehearing denied April 1, 1927.]

From Delaware Circuit Court; *Clarence W. Dearth,* Judge.

Action between Luther Boxal and others and Mary C. Pavey. From the judgment rendered, the former appeal. *Affirmed.* By the court in banc.

*A. E. Needham* and *Elmer E. Botkin,* for appellants.
*F. F. McClellan, D. D. Hensel* and *L. A. Guthrie,* for appellee.

PER CURIAM.—We have gone through the record in this case; we see no merit in this appeal and are impressed that it was taken simply for the purpose of delay. The judgment is therefore affirmed with ten (10) per cent. damages.